**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Tyrese Thomas, | Civ. No. 17-1800 (PJS/BRT) |
| Petitioner, | |
| v. | |
| State of Minnesota, | **ORDER** |
| Respondent. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated August 11, 2017. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: September 7, 2017

s/ Patrick J. Schiltz
PATRICK J. SCHILTZ
United States District Judge